**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

JOHNNY BENJAMIN, JR.,

        Petitioner,

v.                                        Case No. 5:22-cv-265-TPB-PRL

WARDEN, FCC COLEMAN – USP I,

        Respondent.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Petitioner Johnny Benjamin, Jr., an inmate of the federal penal system, initiated this action on June 6, 2022, by filing a pro se document titled "Petition for a Writ of Habeas Corpus Under 28 USCS 2241" (Doc. 1). In the document, Petitioner alleges Coleman USP-1 prison officials have failed to provide his prescribed daily liquid nutritional supplement and he has not eaten in about 30 days.[1]

It is not clear what type of lawsuit Petitioner intends to bring. While Petitioner claims he is "challenging the way [his] sentence is being executed," the substance of his allegations appears to challenge the conditions of his confinement. If Petitioner seeks to allege that the conditions of his confinement are unconstitutional, he may initiate a civil rights action. If Petitioner seeks to

---

[1] In light of his assertions, the Clerk of Court sent a copy of Plaintiff's petition and the Standing Order (Doc. 4) that is entered when an inmate makes a claim of suicidal intent or other imminent physical harm to the Warden of Coleman Correctional.

challenge a federal or state court judgment of conviction, the legality of confinement or sentencing, or the execution of his sentence, he may file a habeas corpus case. The Court has approved the use of forms for civil rights and habeas corpus cases, and Petitioner will be provided with copies of these forms. See Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]").

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. This case is **DISMISSED without prejudice**.

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close this case.

3. The **Clerk** shall send Petitioner a civil rights complaint form and a habeas corpus petition form for § 2241. If Petitioner chooses to refile his claims, he may do so on the appropriate form in the appropriate venue. He should not put this case number on the form because the Clerk will assign a new case number upon receipt.

**DONE AND ORDERED** in Tampa, Florida, this 8th day of June, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**

caw 6/7/Jax-7
c:
Johnny Benjamin, Jr., #16689-104